UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH L. BOYLE,

    Plaintiff,

    v.

FORD MOTOR CO.,

    Defendant.
_____/

Case No. 22-11545

Hon. George Caram Steeh

## JUDGMENT

In accordance with the court's order granting Defendant's motion to dismiss, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant.

                              KINIKIA ESSIX
                              CLERK OF THE COURT

APPROVED:               By:   Michael Lang
                                  Deputy Clerk

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: April 27, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 27, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk